# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
SHERROD, TRACEY LYNN § Case No. 13-17656
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1 - SHERROD

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 13-17656 | JSB | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | | | Date Filed (f) or Converted (c): | 04/26/13 (f) |
| | | | | 341(a) Meeting Date: | 06/28/13 |
| For Period Ending: | 03/21/14 | | | Claims Bar Date: | 10/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence 3BR 1.5BA Single Family Home 794 | 125,588.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property #1 2 Unit Multi-Family Residen | 52,979.50 | 0.00 | | 0.00 | FA |
| 3. Invetstment Property #2 2 Unit Multi-Family Reside | 186,579.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account 8575 Bank of America | 460.13 | 0.00 | | 0.00 | FA |
| 5. Checking Account 0593 Chase Bank | 497.81 | 0.00 | | 0.00 | FA |
| 6. Misc. Household Goods and Furnishings | 2,020.00 | 0.00 | | 0.00 | FA |
| 7. Paintings and art | 100.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Watches | 30.00 | 0.00 | | 0.00 | FA |
| 10. Glock 22 | 200.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Policy Prudential **No cash va | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA 7234 Citibank | 3,554.45 | 0.00 | | 0.00 | FA |
| 13. 401K Prudential | 22,337.53 | 0.00 | | 0.00 | FA |
| 14. 2007 Chevrolet Corvette 30,000 miles | 29,000.00 | 14,322.74 | | 11,822.74 | FA |
| 15. 2007 Cadillac Escalade 82,000 miles | 24,116.00 | 0.00 | | 0.00 | FA |
| 16. Computer, printer, furniture | 270.00 | 0.00 | | 0.00 | FA |
| 17. Tools and equipment used in yard and home maintena | 30.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $447,962.42 | $14,322.74 | | $11,822.74 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee analyzed debtor's interest in a 2007 Corvette and determined there to be substanial equity in the vehicle.

Case 13-17656   Doc 26   Filed 04/08/14   Entered 04/08/14 09:47:31   Desc Main
Document      Page 4 of 11

Form 1 - SHERROD
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-17656   JSB   Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: | SHERROD, TRACEY LYNN | Date Filed (f) or Converted (c): | 04/26/13 (f) |
| | | 341(a) Meeting Date: | 06/28/13 |
| | | Claims Bar Date: | 10/22/13 |

Trustee settled with Debtor for a lump sum payment of $11,822.74. Trustee has reviewed claims and is preparing his Final Report. Will file Final Report and disburse funds.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

/s/   Joseph A. Baldi
_____     Date: 03/21/14
JOSEPH A. BALDI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17656 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6842 Checking Account |
| Taxpayer ID No: | *******3415 | | |
| For Period Ending: | 03/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,773.41 | | 11,773.41 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,763.41 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 9.43 | 11,753.98 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.49 | 11,736.49 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 11,773.41 | 36.92 | 11,736.49 |
| | Less: Bank Transfers/CD's | | 11,773.41 | 0.00 | |
| | Subtotal | | 0.00 | 36.92 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 36.92 | |

Page Subtotals 11,773.41 36.92

FORM 2 - SHEET 6

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-17656 -JSB | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | SHERROD, TRACEY LYNN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0086 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3415 | | |
| For Period Ending: | 03/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/13 | 14 | TRACEY L. SHERROD | SETTLEMENT: VEHICLES | 1129-000 | 4,000.00 | | 4,000.00 |
| 08/29/13 | 14 | TRACEY L. SHERROD | SETTLEMENT: VEHICLES | 1129-000 | 4,822.74 | | 8,822.74 |
| 08/29/13 | 14 | TRACEY L. SHERROD | SETTLEMENT: VEHICLES | 1129-000 | 3,000.00 | | 11,822.74 |
| 09/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.55 | 11,810.19 |
| 10/03/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.14 | 11,798.05 |
| 11/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.53 | 11,785.52 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 12.11 | 11,773.41 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 11,773.41 | 0.00 |

| | COLUMN TOTALS | 11,822.74 | 11,822.74 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 11,773.41 | |
| | Subtotal | 11,822.74 | 49.33 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 11,822.74 | 49.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********6842 | 0.00 | 36.92 | 11,736.49 |
| Checking Account (Non-Interest Earn - *******0086 | 11,822.74 | 49.33 | 0.00 |
| | 11,822.74 | 86.25 | 11,736.49 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 11,822.74 | 11,822.74 |
| --- | --- | --- |

Form 2 - sHeet 7

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17656 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0086  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3415 | | |
| For Period Ending: | 03/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********6842 | | | | |
| | | | Checking Account (Non-Interest Earn - ********0086 | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 |

| | | EXHIBIT C - SHERROD | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 21, 2014 |

Case Number: 13-17656  
Debtor Name: SHERROD, TRACEY LYNN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2200-00 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $16.24 | $0.00 | $16.24 |
| 001 2100-00 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $1,932.27 | $0.00 | $1,932.27 |
| BOND 001 2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $9.43 | $9.43 | $0.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,452.40 | $0.00 | $4,452.40 |
| 000002 070 7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $184.38 | $0.00 | $184.38 |
| 000003 070 7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $7,658.99 | $0.00 | $7,658.99 |
| 000004 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, N.A.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $5,149.26 | $0.00 | $5,149.26 |
| | Case Totals: | | | $19,402.97 | $9.43 | $19,393.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-17656
Case Name: SHERROD, TRACEY LYNN
Trustee Name: Joseph A. Baldi

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Trustee Expenses: Joseph A. Baldi | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |
| 000003 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000004 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE