**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
SHERROD, TRACEY LYNN                §     Case No. 13-17656
                                    §
          Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Jeffrey P. Allsteadt
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:00 a.m., on May 6, 2014
        in Courtroom 615, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Jeffrey P. Allsteadt_____
                                                                 Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
SHERROD, TRACEY LYNN                 §     Case No. 13-17656
                                     §
           Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,822.74 |
| and approved disbursements of | $ | 86.25 |
| leaving a balance on hand of[1] | $ | 11,736.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 1,932.27 | $ 0.00 | $ 1,932.27 |
| Trustee Expenses: Joseph A. Baldi | $ 16.24 | $ 0.00 | $ 16.24 |
| Other: International Sureties | $ 9.43 | $ 9.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $    1,948.51
Remaining Balance                                            $    9,787.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,445.03  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,452.40 | $ 0.00 | $ 2,498.13 |
| 000002 | American InfoSource LP as agent for | $ 184.38 | $ 0.00 | $ 103.45 |
| 000003 | eCAST Settlement Corporation, assignee | $ 7,658.99 | $ 0.00 | $ 4,297.27 |
| 000004 | Portfolio Recovery Associates, LLC | $ 5,149.26 | $ 0.00 | $ 2,889.13 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,787.98 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

Case 13-17656   Doc 29   Filed 04/08/14   Entered 04/10/14 23:46:36   Desc Imaged
                  Certificate of Notice   Page 4 of 6

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

         Prepared By: /s/ Joseph A. Baldi
                Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-17656-JSB
Tracey Lynn Sherrod                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko              Page 1 of 2            Date Rcvd: Apr 08, 2014
                              Form ID: pdf006             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2014.
```
db          +Tracey Lynn Sherrod,    7942 S Albany,    Chicago, IL 60652-1627
20400777    +BAC Home Loans,    450 American St,    Simi Valley, CA 93065-6285
20400780   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Po Box 15102,    Wilmington, DE 19886)
20400778    #+Baker & Miller,    29 N Wacker Dr,    Chicago, IL 60606-3227
20400781    +Bank Of America,    PO Box 851001,    Dallas, TX 75285-1001
20400779    +Bank of America,    Po Box 650070,    Dallas, TX 75265-0070
20400784    +Bank of America,    Po Box 1570,    Wilmington, DE 19899-1570
20400789   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citicards,    Po Box 688901,    Des Moines, IA 50368-8901)
20400786    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20400785    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
20400787    +Chase,    Po Box 44090,    Jacksonville, FL 32231-4090
20400788    +CitiCards,    Po Box 6013,    Sioux Falls, SD 57117-6013
20400792    +CitiMortgage,    Po Box 183040,    Columbus, OH 43218-3040
20400790    +Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
20400791    +Citicards,    Po Box 6497,    Sioux Falls, SD 57117-6497
20400793    +City of Chicago,    Dept of Revenue - Water,    Po Box 6330,    Chicago, IL 60680-6330
20664769    +DEUTSCHE BANK NAT'L TRUST CO.as trustee f,    Phillip A Pluister,    Burke Costanza & Carberry LLP,
              9191 Broadway,    Merrillville, IN 46410-7043
20400794    +Denise Truvillion,    16943 S Luella,    South Holland, IL 60473-2624
20400798    +HSBC,    Po Box 5243,    Carol Stream, IL 60197-5243
20400799    +Ocwen,    Po Box 24646,    West Palm Beach, FL 33416-4646
21133125   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, N.A.,
              POB 41067,    Norfolk, VA 23541)
20400804    +TCF National Bank,    101 E 5th St,    Ste 101,    Saint Paul, MN 55101-1898
20400801    +TCF National Bank,    801 Marquette Ave,    Minneapolis, MN 55402-3475
20400802    +TCF National Bank,    800 Burr Ridge Pkwy,    Hinsdale, IL 60527-6486
20400803    +TCF National Bank,    1341 N Paulina,    Chicago, IL 60622-2145
20400805    +Troy Sherrod,    2942 W 100th Place,    Evergreen Park, IL 60805-3537
20400806    +Universal Card/CBNA,    Po Box 6497,    Sioux Falls, SD 57117-6497
20400807    +Universal Card/CBSDNA,    Po Box 6241,    Sioux Falls, SD 57117-6241
20400808    +Verizon Wireless,    5175 Emerald Pkwy,    Dublin, OH 43017-1067
20400809    +Wells Fargo Dealer Services,    11000 31st St,    Westchester, IL 60154-5068
20971160     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20400776    +E-mail/Text: ally@ebn.phinsolutions.com Apr 09 2014 03:41:25     Ally,    Po Box 9001951,
              Louisville, KY 40290-1951
20918112     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2014 03:49:15
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,    Oklahoma City, OK  73124-8838
20400796     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2014 03:52:35     Discover,    Po Box 3008,
              New Albany, OH 43054
20400797     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2014 03:52:35     Discover,    Po Box 30945,
              Salt Lake City, UT 84130
20400795    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2014 03:52:35     Discover,    Po Box 6103,
              Carol Stream, IL 60197-6103
20777069     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2014 03:52:35     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20400800    +Fax: 407-737-5634 Apr 09 2014 04:15:50     Ocwen Loan Servicing, LLC,    1661 Worthington Rd,
              Ste 100,    West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20400783*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
20400782   ##+Bank of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lkorotko              Page 2 of 2                   Date Rcvd: Apr 08, 2014
                              Form ID: pdf006             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2014 at the address(es) listed below:
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip A Pluister    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for
               the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2007-NC3 pluister@bcclegal.com,   mavropodis@bcclegal.com,
               bochnowski@bcclegal.com
              Richard G. Fonfrias    on behalf of Debtor Tracey Lynn Sherrod thedebtexperts@gmail.com,
               rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,
               bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com
                                                                                             TOTAL: 5
```