UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SHERROD, TRACEY LYNN § Case No. 13-17656
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Po Box 9001951 Louisville, KY 40290 |  |  |  |  |  |
|  | BAC Home Loans 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bank of America Po Box 650070 Dallas, TX 75265 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage Po Box 183040 Columbus, OH 43218 | | | | | |
| | Ocwen Loan Servicing, LLC 1661 Worthington Rd Ste 100 West Palm Beach, FL 33409 | | | | | |
| | Ocwen Po Box 24646 West Palm Beach, FL 33416 | | | | | |
| | TCF National Bank 101 E 5th St Ste 101 Saint Paul, MN 55101 | | | | | |
| | TCF National Bank 1341 N Paulina Chicago, IL 60622 | | | | | |
| | TCF National Bank 800 Burr Ridge Pkwy Hinsdale, IL 60521 | | | | | |
| | TCF National Bank 801 Marquette Ave Minneapolis, MN 55402 | | | | | |
| | Wells Fargo Dealer Services 11000 31st St Westchester, IL 60154 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI TR. EXP | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Denise Truvillion;16943 S Luella;South Holland, IL 60473 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker & Miller 29 N Wacker Dr Chicago, IL 60603 | | | | | |
| | Bank Of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Bank of America Po Box 15102 Wilmington, DE 19886 | | | | | |
| | Bank of America Po Box 1570 Wilmington, DE 19850 | | | | | |
| | Bank of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank of America Po Box 982238 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 44090 Jacksonville, FL 32231 | | | | | |
| | CitiCards Po Box 6013 Sioux Falls, SD 57117 | | | | | |
| | Citicards Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citicards Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citicards Po Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | City of Chicago Dept of Revenue - Water Po Box 6330 Chicago, IL 60680 | | | | | |
| | Discover Po Box 3008 New Albany, OH 43054 | | | | | |
| | Discover Po Box 30945 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | HSBC Po Box 5243 Carol Stream, IL 60197 | | | | | |
| | Universal Card/CBNA Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Universal Card/CBSDNA Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - SHERROD

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-17656 | JSB | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: | SHERROD, TRACEY LYNN | | | Date Filed (f) or Converted (c): | 04/26/13 (f) |
| | | | | 341(a) Meeting Date: | 06/28/13 |
| For Period Ending: | 06/20/14 | | | Claims Bar Date: | 10/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence 3BR 1.5BA Single Family Home 794 | 125,588.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property #1 2 Unit Multi-Family Residen | 52,979.50 | 0.00 | | 0.00 | FA |
| 3. Invetstment Property #2 2 Unit Multi-Family Reside | 186,579.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account 8575 Bank of America | 460.13 | 0.00 | | 0.00 | FA |
| 5. Checking Account 0593 Chase Bank | 497.81 | 0.00 | | 0.00 | FA |
| 6. Misc. Household Goods and Furnishings | 2,020.00 | 0.00 | | 0.00 | FA |
| 7. Paintings and art | 100.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Watches | 30.00 | 0.00 | | 0.00 | FA |
| 10. Glock 22 | 200.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Policy Prudential  No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA 7234 Citibank | 3,554.45 | 0.00 | | 0.00 | FA |
| 13. 401K Prudential | 22,337.53 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.00a

FORM 1 - SHERROD

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 13-17656 | JSB | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: | SHERROD, TRACEY LYNN | | | Date Filed (f) or Converted (c): | 04/26/13 (f) |
| | | | | 341(a) Meeting Date: | 06/28/13 |
| | | | | Claims Bar Date: | 10/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2007 Chevrolet Corvette 30,000 miles | 29,000.00 | 14,322.74 | | 11,822.74 | FA |
| 15. 2007 Cadillac Escalade 82,000 miles | 24,116.00 | 0.00 | | 0.00 | FA |
| 16. Computer, printer, furniture | 270.00 | 0.00 | | 0.00 | FA |
| 17. Tools and Equipment  Home Maintenance Tools/Equipment | 30.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $447,962.42        $14,322.74        $11,822.74        Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee analyzed debtor's interest in a 2007 Corvette and determined there to be substanial equity in the vehicle.

Trustee settled with Debtor for a lump sum payment of $11,822.74. Trustee has reviewed claims and is preparing his Final Report. Will file Final Report and disburse funds.

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

            /s/   Joseph A. Baldi
_____        Date: 06/20/14
        JOSEPH A. BALDI

FORM 2 - SHERROD

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-17656 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6842  Checking Account |
| Taxpayer ID No: | *******3415 | | | |
| For Period Ending: | 06/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,773.41 | | 11,773.41 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,763.41 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 9.43 | 11,753.98 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.49 | 11,736.49 |
| 05/06/14 | 003002 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 1,932.27 | 9,804.22 |
| 05/06/14 | 003003 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Expenses | 2200-000 | | 16.24 | 9,787.98 |
| 05/06/14 | 003004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 56.10749% | 7100-000 | | 2,498.13 | 7,289.85 |
| 05/06/14 | 003005 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000002, Payment 56.10695% | 7100-000 | | 103.45 | 7,186.40 |

Page Subtotals        11,773.41        4,587.01

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2 - SHEET 02

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-17656 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6842 Checking Account |
| Taxpayer ID No: | *******3415 | | |
| For Period Ending: | 06/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/14 | 003006 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000003, Payment 56.10753% | 7100-000 | | 4,297.27 | 2,889.13 |
| 05/06/14 | 003007 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, N.A. POB 41067 Norfolk, VA 23541 | Claim 000004, Payment 56.10767% | 7100-000 | | 2,889.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 11,773.41 | 11,773.41 | 0.00 |
| Less: Bank Transfers/CD's | | 11,773.41 | 0.00 | |
| Subtotal | | 0.00 | 11,773.41 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 11,773.41 | |

Page Subtotals         0.00         7,186.40

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 - SHERROD

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-17656 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0086 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3415 | | | |
| For Period Ending: | 06/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/13 | 14 | TRACEY L. SHERROD | SETTLEMENT: VEHICLES | 1129-000 | 4,000.00 | | 4,000.00 |
| 08/29/13 | 14 | TRACEY L. SHERROD | SETTLEMENT: VEHICLES | 1129-000 | 4,822.74 | | 8,822.74 |
| 08/29/13 | 14 | TRACEY L. SHERROD | SETTLEMENT: VEHICLES | 1129-000 | 3,000.00 | | 11,822.74 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.55 | 11,810.19 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.14 | 11,798.05 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.53 | 11,785.52 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 12.11 | 11,773.41 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 11,773.41 | 0.00 |

Page Subtotals      11,822.74      11,822.74

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2 - SHERROD

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17656 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | SHERROD, TRACEY LYNN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0086 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3415 | | | |
| For Period Ending: | 06/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,822.74 | 11,822.74 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 11,773.41 | |
| | | | Subtotal | | 11,822.74 | 49.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,822.74 | 49.33 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6842 | 0.00 | 11,773.41 | 0.00 |
| Checking Account (Non-Interest Earn - ********0086 | 11,822.74 | 49.33 | 0.00 |
| | 11,822.74 | 11,822.74 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*